IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| Carver Stevedoring Services, Inc., | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action 2:20-cv-01344-DCN ) |
| M/V NAVIOS CHRISTINE B (IMO No. 9496238), her engines, boilers, tackle, appurtenances, etc., *in rem*, and Imba maritime, S.A., Coasters Ventures, Ltd., and Navios Maritime Partners, L.P., *in personam*, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) (NON-JURY) |

## ATTORNEY AFFIDAVIT FOR RULE B ATTACHMENT

Pursuant to 28 U.S.C. § 1746, I, Albert G. Bilbrey, Jr., Esq., declare under penalty of perjury that the following is true and correct:

1. I am an attorney with Cooper & Bilbrey, P.C. and I am counsel of record for Plaintiff Carver Stevedoring Services, Inc. (hereinafter "Plaintiff" or "Carver").

2. I am admitted to practice before this Honorable Court. The facts stated in this affidavit are within my personal knowledge and are true and correct.

3. On behalf of Plaintiff I filed a verified complaint containing

a prayer for process to attach Defendant's vessel M/V NAVIOS CHRISTINE B (IMO No. 9496238).

4. After a diligent search I could not locate the *in personam* Defendants in this district.

5. Upon information and belief, the *in personam* Defendants are foreign corporations with foreign addresses and cannot be found within the district.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 8, 2020
    Mount Pleasant, South Carolina

                                          <u>s/ Albert G. Bilbrey, Jr.</u>
                                          Albert G. Bilbrey, Jr.