IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| Carver Stevedoring Services, Inc., | ) ) ) |
|     Plaintiff, | ) ) ) |
| vs. | ) Civil Action 2:20-cv-01344-DCN ) |
| M/V NAVIOS CHRISTINE B (IMO No. 9496238), her engines, boilers, tackle, appurtenances, etc., *in rem*, and Imba maritime, S.A., Coasters Ventures, Ltd., and Navios Maritime Partners, L.P., *in personam*, | ) ) ) ) ) ) ) ) |
|     Defendants. | ) ) |
| _____ ) | (NON-JURY) |

<u>ORDER APPOINTING JOHN R. GAMBLE, JR. TO SERVE PROCESS</u>

Plaintiff in the above-captioned action, having filed a Verified Complaint and having moved for issuance of process under Rules B and C of the Supplemental Admiralty Rules for arrest and attachment of the Defendant vessel, and this Court having ordered issuance of said process under Rules B and C; and

THIS COURT having been reliably informed that the U.S. Marshals Service is not arresting or attaching vessels due to COVID-19 concerns; it is

HEREBY ORDERED, that John R. Gamble, Jr. is hereby appointed to serve said process upon the Defendant vessel, to turn the Defendant vessel over to the Substitute Custodian, and to file his return promptly with the Clerk of this Court.

2

SO ORDERED at _____, South Carolina.

_____
UNITED STATES DISTRICT JUDGE