IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

Carver Stevedoring Services,    )
Inc.,                           )
                                )
     Plaintiff,                 )
                                )
vs.                             )Civil Action 2:20-cv-01344-DCN
                                )
M/V NAVIOS CHRISTINE B (IMO No.)
9496238), her engines, boilers,)
tackle, appurtenances, etc.,    )
*in rem*, and Imba maritime,    )
S.A., Coasters Ventures, Ltd., )
and Navios Maritime Partners,   )
L.P., *in personam,*            )
                                )
     Defendants.                )
                                )
_____ )          (NON-JURY)

ORDER AUTHORIZING ISSUANCE OF WRIT OF ATTACHMENT

UPON MOTION, after review of the verified complaint, Affidavit, and other filings in this action, and after due consideration, it appears that the conditions for a Writ of Attachment appear to exist; and it is

HEREBY ORDERED that the Clerk of this Court shall issue a Writ of Attachment for attachment of the defendant vessel, M/V NAVIOS CHRISTINE B (IMO No. 9496238), her engines, boilers, sails, tackle, furniture, equipment, freights, and apparel in accordance with Rule B of the Supplemental Admiralty Rules, Federal Rules of Civil

1

Procedure; and it is

FURTHER ORDERED that any person asserting an ownership or possessory interest in said vessel is entitled to a hearing before a judge of this Court on not less than three (3) days written notice to counsel for Plaintiff and, at said hearing, shall be entitled to an order vacating the attachment forthwith and granting other appropriate relief, unless Plaintiff show cause at the hearing why such an order should not be granted.

SO ORDERED at Charleston, South Carolina on April ____, 2020

_____
UNITED STATES DISTRICT JUDGE