IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| Carver Stevedoring Services, Inc., </br></br>    Plaintiff, </br></br>vs. </br></br>M/V NAVIOS CHRISTINE B (IMO No. 9496238), her engines, boilers, tackle, appurtenances, etc., *in rem*, and Imba maritime, S.A., Coasters Ventures, Ltd., and Navios Maritime Partners, L.P., *in personam,* </br></br>    Defendants. </br>_____ | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> )Civil Action 2:20- 01344-DCN </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> )    (NON-JURY) |

<u>MOTION FOR ORDER APPOINTING SUBSTITUTE CUSTODIAN and MEMORANDUM</u>

    COMES NOW, Carver Stevedoring Services, Inc., Plaintiff in the above action, and, in accordance with Rule C of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Admiralty Rules") of the Federal Rules of Civil Procedure, moves this Court for an Order Appointing Substitute Custodian of Defendant vessel in the usual form.

<u>Nature of Action</u>

    This is a case of negligence against the Defendant M/V NAVIOS CHRISTINE B (IMO No. 9496238) (hereinafter "Vessel") *in rem*

pursuant to Rule C of the Supplemental Admiralty Rules and against Defendants Imba Maritime, S.A., and Navios Maritime Partners, L.P., *in personam*,

## Factual Background

Plaintiff Carver Stevedoring Services, Inc. has brought an *in rem* action under Rule C and prayed for the arrest and attachment of the Vessel. The United States Marshal's Service in the District of South Carolina requires appointment of a Substitute Custodian in a vessel arrest, due to administrative requirements and manpower limitations. George J. McHugh is experienced a well qualified as a Substitute Custodian of vessels (see Attached Affidavit of Substitute Custodian). George J. McHugh has agreed to serve as Substitute Custodian at the usual fee, and under the usual terms.

## Argument

George J. McHugh is experienced and well qualified and should be appointed to serve as Substitute Custodian under the usual terms and conditions.

## Conclusion

For the above reasons this Court should appoint George J. McHugh as Substitute Custodian of Defendant vessel.

```
            RESPECTFULLY SUBMITTED BY:

            COOPER & BILBREY, P.C.

            By: s/ Albert Bilbrey, Jr.
            ALBERT GLEN BILBREY, JR., ESQUIRE
                Federal Court ID 12938
                South Carolina Bar 103799
                agbilbrey@jhcooper.com
            JOHN HUGHES COOPER, ESQUIRE
                Federal Court ID 298
                South Carolina Bar 1387
                State Bar of Georgia 185986
                shiplaw@jhcooper.com
            JOHN TOWNSEND COOPER, ESQUIRE
                Federal Court ID 10172
                South Carolina Bar 76087
                jtc@jhcooper.com
            1476 Ben Sawyer Blvd., Suite 11
            Mt. Pleasant, SC 29464
            O 843-883-9099; F 843-883-9335

            ATTORNEYS FOR PLAINTIFF,
            CARVER STEVEDORING SEVICES, INC.

April 7, 2020
Mount Pleasant, South Carolina
```