```
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF SOUTH CAROLINA
                          CHARLESTON DIVISION
                              IN ADMIRALTY


Carver Stevedoring Services,   )
Inc.,                          )
                               )
     Plaintiff,                )
                               )
vs.                            )Civil Action 2:20-cv-01344-DCN
                               )
M/V NAVIOS CHRISTINE B (IMO No.)
9496238), her engines, boilers,)
tackle, appurtenances, etc.,   )
in rem, and Imba maritime,     )
S.A., Coasters Ventures, Ltd., )
and Navios Maritime Partners,  )
L.P., in personam,             )
                               )
     Defendants.               )
                               )
_____)          (NON-JURY)
```

## WRIT OF ATTACHMENT

TO JOHN R. GAMBLE, JR.:

WHEREAS, a verified complaint against the above named defendants and affidavit of grounds for attachmentd have been filed in the United States District Court for the District of South Carolina, by the above Plaintiff, requesting Writ of Attachment against the property of the above named defendants, for the reasons and causes in said verified complaint mentioned; and

WHEREAS, John R. Gamble, Jr. has been appointed by this Court

1

to serve this Writ of Attachment; now, therefore

YOU ARE HEREBY COMMANDED UPON THE AUTHORITY OF THIS COURT to attach and seize the defendant vessel, M/V NAVIOS CHRISTINE B (IMO No. 9496238), her engines, boilers, sails, tackle, furniture, equipment, freights, and apparel or so much of the property of Defendants Imba Maritime, S.A., Coasters Ventures, Ltd., and Navios Maritime Partners, L.P. that will make the sum of $500,000.00 and all costs, plus prejudgment interest and punitive damages to serve such summons as may be placed in your hands and to make return of this attachment, with your actings and doings entered thereon, to this Court. Hereof fail not.

ANY PERSON asserting an ownership interest in said vessel is ENTITLED TO A HEARING before a judge of this Court on not less than three (3) days written notice to counsel for Plaintiffs and, at said hearing, shall be entitled to an order vacating the attachment forthwith and granting other appropriate relief, unless Plaintiffs show cause at the hearing why such an order should not be granted.

    Date Writ Issued: April __10__, 2020



    ROBIN L. BLUME, CLERK
    UNITED STATES DISTRICT COURT
    DISTRICT OF SOUTH CAROLINA

    By: __s/John P. Bryan, Jr.__ (Seal)
        Deputy Clerk